UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEMETTRESS BURNETT,　　　　　　　　　Case No. 1:10-cv-505

　　Plaintiff,　　　　　　　　　　　　　　Spiegel, J.
　　　　　　　　　　　　　　　　　　　　　Bowman, M.J.
vs.

SELECT SPECIALITY HOSPITAL,

　　Defendant.

**ORDER**

This *pro se* employment discrimination case is now before the Court on Defendant's motion to strike and/or place under seal Plaintiff's exhibits attached to her response in opposition to Defendant's motion for summary judgment. (Doc. 33). According to Defendant's motion, Plaintiff, a registered nurse, attached documents to her Memorandum in Opposition to Defendant's Motion for Summary Judgment that contain patient names and other private patient information. (*See* Doc. 32, Ex. 1). Thus, Defendant asserts that such records should be stricken from the record or alternatively placed under seal in order to protect the identity of the patients and any related medical information that could be obtained from them.

For good cause show, the undersigned finds that the documents attached to Plaintiff's opposition memorandum should be placed under seal to protect confidential patient information.[1] Accordingly, Defendant's motion (Doc. 33) is **GRANTED** and the

---

[1] The undersigned will determine whether such attachments are properly before the Court and issue a ruling on Defendant's alternative motion to strike at the time the merits of Defendant's motion for summary judgment are addressed.

Clerk is **DIRECTED to SEAL** the documents attached to Plaintiff's memorandum in opposition to Defendant's motion for summary judgment.  (*See* Doc. 32, Ex. 1).

   **IT IS SO ORDERED.**

                                                           *s/Stephanie K. Bowman*
                                                           Stephanie K. Bowman
                                                           United States Magistrate Judge