```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

|                              |   |                    |
|------------------------------|---|--------------------|
| DEMETTRESS ARLENE BURNETT,   | : | NO. 1:10-CV-00505  |
|     Plaintiff,               | : |                    |
|         vs.                  | : | **ORDER**          |
| SELECT SPECIALTY HOSPITAL,   | : |                    |
| et al.,                      | : |                    |
|     Defendants.              | : |                    |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 36), to which there were no objections. The Magistrate Judge recommended that Defendant's Motion for Summary Judgment (doc. 31) be granted and that this case be closed.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the

Magistrate Judge's Report and Recommendation in all respects (doc. 36), GRANTS Defendant's Motion for Summary Judgment (doc. 31), and DISMISSES Plaintiff's Complaint (docs. 3,8) with prejudice. This case is closed.

SO ORDERED.

DATED: September 27, 2012   /s/ S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge